# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147013 & (25)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

GREGORY WINES,
　　　Defendant-Appellant.

SC: 147013
COA: 312441
Kent CC: 93-064278-FC

_____/

On order of the Court, the application for leave to appeal the January 25, 2013 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Carp* (Docket No. 146478), *People v Eliason* (Docket No. 147428), and *People v Davis* (Docket No. 146819) are pending on appeal before this Court and that the decisions in those cases may resolve an issue present in this case, we ORDER that the application be held in ABEYANCE pending the decisions in those cases. The motion for miscellaneous relief is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

p0127